Ex parte KATE TISDELL.

No. A-8053. Opinion Filed Jan. 10, 1931.
(295 Pac. 1119.)

Robert N. Allen, for petitioner.

J. Berry King, Atty. Gen., and Smith C. Matson, Asst. Atty. Gen., for respondent.

PER CURIAM. This is an original proceeding in habeas corpus. Petitioner alleges she is unlawfully restrained by the sheriff of Atoka county under a void commitment issued by a justice of the peace of that county on a judgment of guilty of a misdemeanor before said justice. The state has demurred. We perceive no reason why the commitment is void.

The writ is denied.